IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00133-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER** |
| vs. | |
| RYAN WILSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the detention hearing set for Friday, December 17, 2021, before the Honorable Stanley A. Boone, be continued to Monday, December 20, 2021.

The parties have agreed to continue the detention hearing at the request of the defendant, who requests additional time in order to participate in an interview with Pretrial, complete investigation, and arrange the remote appearance of a potential third party custodian. The parties agree that a December 20, 2021, hearing will allow sufficient time for the completion of a Pretrial interview, investigation, argument preparation, and arrangement for the appearance of any proposed third-party custodian. Accordingly, the parties request a continuance to December 20, 2021.

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the detention hearing set for December 17, 2021, be continued to December 20, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **December 17, 2021**                                    /s/ Stanley A. Boone
                                                                  UNITED STATES MAGISTRATE JUDGE

Wilson, R. [1:21-mj-00133-BAM]
Stip. to Cont. Detention Hearing