HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RYAN WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00315-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | |
| RYAN WILSON, | Date:   May 11, 2022<br>Time:   1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ryan Wilson, that the status conference currently scheduled for February 9, 2022, at 1:00 p.m. may be continued to May 11, 2022, at 1:00 p.m.

Mr. Wilson made his initial appearance in this matter on December 15, 2021. *See* Dkt. #4. An Indictment issued on December 16, 2021. *See* Dkt. #9. On December 20, 2021, the matter was set for a first status conference to occur on February 9, 2022. *See* Dkt. #11.

On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the current status conference until May 11, 2022, and to exclude time between February 9, 2022, and May 11, 2022, under 18 U.S.C. §§

1   3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

2       The parties agree and stipulate, and request that the Court find the following. The

3   government has provided initial discovery in this matter. The defense has requested additional

4   discovery and the government is in the process of providing the requested discovery. The

5   defense remains in the process of reviewing the discovery with his client and is conducting

6   further investigation. For the above reasons, the defense requires additional time to discuss the

7   case with his client, to conduct any further investigation and research, and to participate in any

8   plea negotiation discussions with the government.

9       The requested continuance will conserve time and resources for the parties and the Court.

10  Counsel for defendant believes that failure to grant the above-requested continuance would deny

11  him the reasonable time necessary for effective preparation, taking into account the exercise of

12  due diligence. The government does not object to the continuance.

13      Based on the above-stated findings, the ends of justice served by continuing the case as

14  requested outweigh the interest of the public and the defendant in a trial within the original date

15  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

16  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9,

17  2022, to May 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

18  and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at

19  defendant's request on the basis of the Court's finding that the ends of justice served by taking

20  such action outweigh the best interest of the public and the defendant in a speedy trial.

21

22      Respectfully submitted,

23

24      PHILLIP A. TALBERT
        United States Attorney

25  Date: February 3, 2022    */s/ Kimberly Sanchez*
        KIMBERLY SANCHEZ

26      Assistant United States Attorney
        Attorney for Plaintiff

27

28      HEATHER E. WILLIAMS
        Federal Defender

Date: February 3, 2022

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RYAN WILSON

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for February 9, 2022, at 1:00 p.m. is hereby continued to **May 11, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of the date of this order to May 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 3, 2022**            */s/ Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE