HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RYAN WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00315-ADA-BAM |
|---|---|
| Plaintiff, | **[AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| RYAN WILSON, | Date:  July 12, 2023 |
| Defendant. | Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ryan Wilson, that the status conference currently scheduled for April 12, 2023, at 1:00 p.m. may be continued to July 12, 2023, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided discovery in this matter. The defense remains in the process of reviewing the discovery, conducting further investigation, and discussing the matter with his client.

Specifically, the defense has made the government aware of the pending investigative efforts of the defense, which include the need to visit the location of the alleged offense situated in the mountains of the Sierra National Forest near Shaver Lake, California. This investigative effort has been delayed since mid-December as a result of weather conditions at the location of

the alleged offense. Efforts to visit the site since the last stipulation submitted by the parties in February 2023 have been thwarted by continued weather events and conditions located at and near the site. Throughout this time, the parties have remained in contact and the government has been actively assisting efforts to accomplish the visit to the site. However, at present, according to the officers familiar with the location, the site is inaccessible. The parties anticipate trying again the coming 2-4 weeks, weather and conditions permitting. Accordingly, the parties request that the status conference in this matter be continued to permit this continued defense investigation, as well as for possible plea negotiations.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 12, 2023, to July 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 7, 2023         */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 7, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RYAN WILSON

## **ORDER**

IT IS SO ORDERED that the status conference is continued from April 12, 2023, to **July 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **April 7, 2023**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE