| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
RYAN WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00315-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| vs. | |
| RYAN WILSON, | Date:   September 13, 2023 |
|  | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ryan Wilson, that the status conference currently scheduled for July 12, 2023, at 1:00 p.m. may be continued to September 13, 2023, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Since the last stipulation filed by the parties, the defense has been able to undertake the investigative efforts that the parties had previously advised the Court were necessary to complete in this case. Specifically, on June 16, 2023, the parties were able to visit the location of the alleged offense in a remote area of the mountains in the Sierra National Forest near Shaver Lake, California. As this Court is aware, previous efforts to access the site had been foreclosed by weather in the area.

Since that visit, the parties have discussed how to proceed in the case. Specifically, the defense has requested additional information/discovery and the government is working to

1  determine whether this information/discovery exists. Additionally, the parties have had initial
2  discussions regarding a possible resolution. The parties believe that one additional continuance
3  will enable the parties to determine whether this matter will need to be set for trial or not.
4  Accordingly, the parties request that the status conference in this matter be continued to permit
5  continued defense investigation, as well as for plea negotiations. The requested continuance will
6  conserve time and resources for the parties and the Court. Counsel for defendant believes that
7  failure to grant the above-requested continuance would deny him the reasonable time necessary
8  for effective preparation, taking into account the exercise of due diligence. The government does
9  not object to the continuance.
10         Based on the above-stated findings, the ends of justice served by continuing the case as
11 requested outweigh the interest of the public and the defendant in a trial within the original date
12 prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
13 Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12,
14 2023, to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§
15 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by
16 the Court at defendant's request on the basis of the Court's finding that the ends of justice served
17 by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: July 5, 2023                      */s/ Kimberly Sanchez*
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: July 5, 2023                      */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RYAN WILSON

Wilson – Stipulation to Continue                    2
Status Conference

**ORDER**

IT IS SO ORDERED that the status conference is continued from July 12, 2023, to **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **July 5, 2023**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE