| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RYAN WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00315-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| RYAN WILSON, | DATE:   October 10, 2023 |
| | TIME:    8:30 a.m. |
| Defendant. | JUDGE:  HON. ANA DE ALBA |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ryan Wilson, that the status conference currently scheduled for September 13, 2023, may be vacated and a change of plea hearing date be set for October 10, 2023, at 8:30 a.m.

On July 5, 2023, this matter was set for a status conference hearing on September 13, 2023. *See* Dkt. #40. Through this stipulation, the parties are requesting that this matter be placed on calendar for change of plea on October 10, 2023, at 8:30 a.m. before the Honorable Ana de Alba.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the

1  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
2  date of this order through October 10, 2023, for defense preparation and investigation, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by
4  resetting the status conference date outweigh the best interest of the public and the defendant in a
5  speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 6, 2023        */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               RYAN WILSON


PHILLIP A. TALBERT
United States Attorney

Date: September 6, 2023        */s/ Kimberly Sanchez*
                               KIMBERLY SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing as to Ryan Wilson currently set for Wednesday, September 13, 2023, at 1:00 p.m. before the Honorable Barbara A. McAuliffe be vacated, and that the matter be set for a change of plea hearing on **Tuesday, October 10, 2023, at 8:30 a.m. before the Honorable Ana de Alba**.

**IT IS FURTHER ORDERED THAT** the period of time through October 10, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 6, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE