HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RYAN WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00315-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| RYAN WILSON, | Date:   March 11, 2024<br>Time:   8:30 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ryan Wilson, that the sentencing hearing currently scheduled for February 20, 2024, at 8:30 a.m. may be continued to March 11, 2024, at 8:30 a.m.

Mr. Wilson entered a plea of guilty to Count One of the Indictment on October 10, 2023. *See* Dkt. #44. The matter was then scheduled for sentencing on February 20, 2024. *See* Dkt. #44. The draft Presentence Investigation Report (PSR) was filed on January 9, 2024, *see* Dkt. #46, and the parties submitted informal objections on January 23, 2024. The final PSR was filed on January 30, 2024. *See* Dkt. #47.

Undersigned counsel for Mr. Wilson is in the process of reviewing the most recent changes made to the final version of the PSR filed on January 30, 2024. In order to provide

1  adequate time and opportunity for counsel to discuss the most recent changes to the PSR with
2  Mr. Wilson, counsel is requesting a brief continuance of the sentencing hearing in this case.
3  Additionally, counsel for Mr. Wilson requires additional time to obtain documents relevant for
4  sentencing and to be adequately prepared for sentencing. Accordingly, the parties are requesting
5  that sentencing hearing be continued in this matter from Tuesday, February 20, 2024, to Monday,
6  March 11, 2024.

7  The government does not oppose the continuance of the sentencing in this matter to the
8  date proposed herein. The requested continuance is made with the intention of conserving time
9  and resources for both the parties and the Court. The requested date is a mutually agreeable date
10 for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 6, 2024        */s/ Kimberly Sanchez*
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: February 6, 2024        */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              RYAN WILSON

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 20, 2024, to **March 11, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __**February 6, 2024**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE